**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.  Case No. 8:08-cr-124-T-36TGW

**JAVARIS WILLIAMS**

**REPORT OF PRELIMINARY**
**SUPERVISED RELEASE REVOCATION HEARING**

THIS CAUSE came on to be heard at the preliminary supervised release revocation hearing. At that hearing the defendant waived preliminary hearing. It is therefore

ORDERED:

1) That the defendant shall be held for final revocation proceedings before the District Judge exercising supervision of the defendant;

2) That the clerk of this court shall schedule said hearing at the earliest time available on the Judge's calendar;

3) That both the government and defendant shall exchange all tangible evidence which either side intends to introduce at said hearing and shall exchange a list of witnesses no later than two (2) days prior to the final supervised release revocation hearing.

DONE and ORDERED at Tampa, Florida this 4th day of December 2020.



ELIZABETH A. JENKINS
United States Magistrate Judge