# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   CASE NO: 8:08-cr-124-T-36TGW

**JAVARIS WILLIAMS**

---

## FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Supervised Release Revocation Hearing (Doc.105), entered December 4, 2020, to which there has been no objection and the 14 day objection period has expired, the Report of Preliminary Supervised Release Revocation Hearing as to the Defendant is now accepted.

**A Final Revocation Hearing was previously scheduled for January 6, 2021 at 01:30 PM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 22nd day of December 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services